**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| STEPHANY ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:26-cv-04065-SOH |
| TRI-STATE IRON & METAL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Lane D. Reeder ("Movant"), counsel of record for Plaintiff Stephany Ellis, respectfully moves for leave to withdraw as counsel pursuant to Local Rule 83.5(f). In support of this Motion, Movant states:

1. Movant is presently listed as counsel of record for Plaintiff and receives electronic notice through the Court's CM/ECF system.

2. Angela H. Kayl entered her appearance as counsel for Plaintiff on September 22, 2026. Ms. Kayl and Matthew J. Vonnahme will continue to represent Plaintiff in this action.

3. Plaintiff has received reasonable notice of the requested withdrawal. Opposing counsel has likewise received reasonable notice, as required by Local Rule 83.5(f).

4. Because Plaintiff will remain represented by Ms. Kayl and Mr. Vonnahme, the requested withdrawal will not leave Plaintiff unrepresented, prejudice any party, disrupt any existing deadline, or delay these proceedings.

5. Under Local Rule 7.2(d)(4), no separate supporting brief is required for a motion permitting the substitution of attorneys.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Lane D. Reeder to withdraw as counsel for Plaintiff Stephany Ellis, directing the Clerk to terminate him as counsel of record and remove him from future CM/ECF notices in this matter, and granting all other appropriate relief.

Respectfully submitted,

*/s/ Lane D. Reeder*
Lane D. Reeder, Attorney
Arkansas Bar No. 2018174
Attorney for Plaintiff
**THE MAXX LAW FIRM**
PO Box 1184
Fort Smith, AR 72902
Telephone: (844) 484-3629
lane.daniel.reeder@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Lane D. Reeder*
*Lane D. Reeder*